# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

In Re:

| | | |
|---|---|---|
| Leonard Franklin | : | Case No. 11-54739 |
| Leesa M Franklin | : | |
| Debtor. | : | Chapter 13, Judge Caldwell |

## NOTICE OF CHANGE OF PAYMENT ADDRESS
## FOR PROOF OF CLAIM FOR STATE OF OHIO

**Now comes**, the State of Ohio, Department of Taxation ("TAX"), and through Special Counsel, Rasheda D. Hansard, and hereby gives notice to this Court and the Trustee, either Chapter 13 or Interim Trustee of their change of address for payment on all Proofs of Claims filed on behalf of "TAX". Checks should be made payable to Ohio Treasurer of State, in care of Rasheda D. Hansard. Payments should be directed to Special Counsel, Rasheda D. Hansard at 399 East Main Street, Suite 200, Columbus, Ohio 43215-5384.

/s/ Rasheda D. Hansard
Rasheda D. Hansard (0083212)
Special Counsel
399 East Main Street, Suite 200
Columbus, Ohio 43215-5384
Phone: (614) 221-9500
Fax: (614) 621-1115
Special Counsel to Mike DeWine
Attorney General of Ohio

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing Notice was electronically filed and noticed either electronically or by U.S. Postage Prepaid Mail this 13th of October, 2011, to the following: Office of the United States Trustee (ECF Notice), Jeffrey Norman, Chapter 13 Trustee (ECF Notice), Erin Schrader, Esq. (ECF Notice) and Leonard & Leesa Franklin, 913 Duke Rd, Columbus, OH 43213 (US Mail).

/s/ Rasheda D. Hansard
Rasheda D. Hansard (0083212)
Special Counsel to Mike DeWine
Attorney General of Ohio