UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 11-54739 |
| Leonard Franklin | | |
| Leesa M. Franklin, | : | Chapter 13 |
| Debtor(s). | : | Judge Charles M Caldwell |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Faye D. English, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated:  August 3, 2016              /s/ Faye D. English
                                    Faye D. English (#0075557)
                                    Chapter 13 Trustee
                                    10 W. Broad Street, Suite 900
                                    Columbus, OH 43215
                                    614-420-2555 telephone
                                    614-420-2550 facsimile
                                    faye.english@ch13columbus.com

Name and Address                    Amount
Cash Call                           $1,296.35
c/o Prompt Recovery Services
9347 Ravenna Rd., Ste G
Twinsburg, OH 44087-2463